# THE HARMAN FIRM, LLP
Attorneys & Counselors At Law
www.theharmanfirm.com

May 4, 2016

<u>VIA ECF</u>

Magistrate Judge Lois Bloom
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Fredette et al v. Peter Young Housing, Industries & Treatment*; 14-cv-07247 (CBA) (LB)

Dear Judge Bloom:

We represent Plaintiffs in the above-referenced employment action. We write to respectfully request a teleconference to address outstanding issues in this case.

On February 10, 2015, Plaintiffs filed a motion for default judgment against Defendant for its failure to respond to Plaintiffs' Complaint. On August 10, 2015, Your Honor denied that motion. On October 16, 2015, Plaintiffs filed their amended complaint and properly served Defendants on December 17, 2015. On January 5, 2016, Plaintiffs filed a motion for entry of default, which was granted.

Since then, Defendant's counsel has contacted us, and after discussions, Plaintiffs intend to withdraw their motion for entry of default and amend the First Amended Complaint to substitute Peter Young Housing, Industries & Treatment for 820 River Street, Inc. Thereafter, Defendants intend to file an Answer.

As such, the Parties respectfully request a telephonic conference to discuss the course of this case going forward.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Walker G. Harman, Jr.

cc: Marcus S. Wenger, Esq. (via ECF)

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926